# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Svenja Schmitt

           Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

           Defendant.

Case No.: 1:23−cv−07046

Honorable Mary M. Rowland

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 25, 2023:

    MINUTE entry before the Honorable Mary M. Rowland: Motions for extension of time [29, 31, 32] are granted. In addition, on or before 11/2/23, Plaintiff shall file a supplemental report to the default judgment motion that identifies: (1) all accounts associated with Defendants identified in Schedule A; (2) whether the accounts are frozen; and (3) the amounts in each account. If sealing any information is required, Plaintiffs may file an accompanying motion to seal. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.